IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-00820-~~MJW~~ REB – MJW

C.S.T. MOTORS, INC.,

    Plaintiff,

v.

FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Insurance Company,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER** ( Docket No. 25 )

---

This Court finds good cause exists for JOINT MOTION TO AMEND SCHEDULING ORDER. The Court hereby orders the following changes:

    a. <u>Plaintiff's Expert Disclosure</u>: Due **October 15, 2014**;

    b. <u>Defendant's Expert Disclosure</u>: Due **November 17, 2014**;

    c. <u>Rebuttal Expert Disclosure</u>: Due **December 15, 2014**;

    d. <u>Discovery Cut-off</u>: Due **January 9, 2015**;

    e. <u>Dispositive Motions</u>: Due **February 9, 2015**;

    f. <u>Last day to serve discovery</u>: Due **December 5, 2014**;

    g. ~~Trial date: Trial date is~~ Jury Trial set April 27, 2015 at 8:30 AM for Eight (8) Days Trial Preparation Conference set on April 10, 2015 at 10:00 AM.

Dated: September 25, 2014

T0903378.DOCX;1

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO