IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00820–REB-MJW

C.S.T. MOTORS, INC.,

Plaintiff,

v.

FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota insurance company,

Defendant.

---

FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota insurance company,

Counterclaimant,

v.

C.T.S. MOTORS, INC.,

Counterclaimant Defendant.

---

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Conduct Depositions Beyond Discovery Cutoff (Docket No. 33) is granted.  The deadline for conducting the remaining depositions is extended up to and including March 27, 2015.  The Scheduling Order (Docket No. 21) is amended accordingly.

Date: January 9, 2015