# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  14-cv-00820-REB-MJW         FTR - Courtroom A-502

**Date:**   March 13, 2015                                   Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| C. S. T. MOTORS, INC., | William C. Harris   (by telephone) |
|  | Brandee B. Bower    (by telephone) |
| Plaintiff / Counterclaim Defendant |  |
| v. |  |
| FEDERATED MUTUAL INSURANCE COMPANY, | John C. Hendricks  (by telephone) |
|  | Jeremy L. Swift |
| Defendant / Counterclaimant. |  |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC  MOTION  HEARING**
**Court in Session:**    9:00 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion to Compel Defendant to Produce Rule 30(b)(6) Witness  [Docket No.  49, filed March 10, 2015] for argument.
Questions and comments by the Court.
Responses by Mr. Harris on behalf of Plaintiff and Mr. Hendricks on behalf of defendant.

**It is ORDERED:**        Plaintiff's MOTION TO COMPEL DEFENDANT TO PRODUCE RULE 30(B)(6) WITNESS  [Docket No. **49**, filed March 10, 2015] is  **DENIED** for reasons as set forth on the record.

Hearing concluded.

**Court in recess:**   9:09 a.m.
Total In-Court Time 00:09

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.