**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00820-REB-MJW

C.S.T. MOTORS, INC.,

    Plaintiff,

v.

FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota insurance company,

    Defendant.

---

FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Insurance Company,

    Counterclaimant,

v.

C.S.T. MOTORS, INC.,

    Counterclaim Defendant.

---

**ORDER OF DISMISSAL**

**Blackburn, J.**

    The matter is before me on the **Stipulation for Dismissal with Prejudice** [#67][1] filed April 27, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal with Prejudice** is approved;

    2. That all pending motions, including those docketed as [#28, #40, #57, #60, and

---

[1] "[#67]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

#62] are denied as moot; and

    3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

    Dated April 30, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge